UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SALLY ANN BOWEN,

        Plaintiff,                  CIV. S-04-2692 PAN

    v.

JO ANNE B. BARNHART,               ORDER TO SHOW CAUSE
Commissioner of Social
Security,

        Defendant.

—o○o—

On December 23, 2004, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits. Defendant filed and served an answer April 1, 2005.  A scheduling order filed December 23, 2004, required plaintiff file and serve a motion for judgment within 60 days after defendant answered. That time has passed and plaintiff has not moved for judgment. Good cause appearing therefor, within 11 days from the date of

1 | this order, plaintiff shall show cause in writing why this action
2 | should not be dismissed.
3 |     Dated:  July 20, 2005.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge