UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SALLY ANN BOWEN,

        Plaintiff,        CIV. S-04-2692 PAN

    v.

JO ANNE B. BARNHART,        ORDER
Commissioner of Social
Security,

        Defendant.

—o0o—

The July 21, 2005, order to show cause is discharged.

Dated: August 10, 2005.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge